IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


MICHAEL ALLEN KEY,

       Appellant,

 v.
                                       Case No.  5D23-620
                                       LT Case No. 2015-CF-2383

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed February 22, 2023

Appeal from Circuit Court
for Lake County,
Larry Metz, Judge.

Michael Allen Key, Arcadia, pro se.

No appearance for Appellee.


PER CURIAM.

     AFFIRMED.

EVANDER, MAKAR and SOUD, JJ., concur.